# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

BRIAN F. TAYLOR, )
)
    Petitioner, )
)
v. ) No. 4:09CV621 DJS
)
EUGENE STUBBLEFIELD and )
CHRIS KOSTER, )
)
    Respondents. )

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's response to show cause. Petitioner, a pretrial detainee at the St. Louis City Justice Center, filed a petition seeking a dismissal of his state criminal case[1] on the grounds that his right to speedy trial had been violated. After review of the petition and criminal docket sheet, the Court ordered petitioner to show cause why his petition should not be dismissed due to petitioner's waiver of his right to speedy trial. Petitioner filed several responses to the Court's Order, but he did not refute that he had indeed waived his right to a speedy trial. Rather, petitioner admitted that he had waived his right to a speedy trial in order

---

[1] State v. Brian Fitzgerald Taylor, No. 0822-CR-00681-01, 22nd Judicial Circuit (City of St. Louis).

to locate witnesses in his case. In light of petitioner's admissions, the Court will deny petitioner's request for a writ of habeas corpus.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this __25th__ Day of June, 2009.

    /s/Donald J. Stohr
DONALD J. STOHR
UNITED STATES DISTRICT JUDGE